1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   DENNIS J. HANNA
4  Special Assistant United States Attorney
   California Bar No. 184475
5
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone: (415) 977-8962
7       Facsimile: (415) 744-0134
        E-Mail: Dennis.Hanna@ssa.gov
8
   Attorneys for Defendant,
9       Commissioner of Social Security

10                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
11                          EASTERN DIVISION

12

13  FRANK R. MONROE,              )
                                  )    EDCV 08-268 JWJ
14       Plaintiff,               )
                                  )
15       v.                       )    **JUDGMENT OF REMAND**
                                  )
16  MICHAEL J. ASTRUE,            )
    Commissioner of Social Security, )
17                                )
         Defendant.               )
18  _____)

19       The Court having approved the parties' Stipulation to Voluntary Remand

20  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

21  ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

22  of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

23  above-captioned action is remanded to the Commissioner of Social Security for

24  further proceedings consistent with the Stipulation of Remand.

25

26

27  DATED: 9/30/08                          /s/
                                    HON. JEFFREY W. JOHNSON
28                                  UNITED STATES MAGISTRATE JUDGE