1 Law Offices of Bill LaTour
2 Bill LaTour, ESQ.
  State Bar No.: 169758
3     11332 Mountain View Ave., Suite C
4     Loma Linda, California 92354
      Telephone: (909) 796-4560
5     Facsimile:  (909) 796-3402
6     E-Mail: Bill.latour@verizon.net
7
  Attorney for Plaintiff
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| FRANK MONROE,               ) | No. EDCV 08-268 JWJ |
|                             ) | |
|        Plaintiff,           ) | ORDER AWARDING EAJA FEES |
|        v.                   ) | |
|                             ) | |
| MICHAEL J. ASTRUE,          ) | |
| COMMISSIONER OF SOCIAL      ) | |
| SECURITY,                   ) | |
|                             ) | |
|        Defendant.           ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount ONE THOUSAND NINE HUNDRED DOLLARS and 00/cents ($1,900.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: October 17, 2008           _____/s/_____

                                   HON. JEFFREY W. JOHNSON
                                   UNITED STATES MAGISTRATE JUDGE